# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Verlie Mae Chambless**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:12-CV-93 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2014 Order.

August 13, 2014

Frank G. Johns, Clerk
United States District Court